**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARMANDO GOMEZ, | No. 08-55525 |
| Plaintiff - Appellant, | D.C. No. 3:08-cv-00013-DMS-BLM |
| v. | |
| SAN DIEGO FAMILY COURT, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Armando Gomez, a California state prisoner, appeals pro se from the district

court's judgment dismissing his action challenging a state court child custody

decision.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.  *Noel*

*v. Hall*, 341 F.3d 1148, 1154 (9th Cir. 2003).  We affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The district court properly concluded that the *Rooker-Feldman* doctrine barred the action because it is a "forbidden de facto appeal" of a state court decision, and raises constitutional claims that are "inextricably intertwined" with that prior state court decision. *Id.* at 1158; *see also Bianchi v. Rylaarsdam*, 334 F.3d 895, 900 n.4 (9th Cir. 2003) (explaining that under the *Rooker-Feldman* doctrine, "[i]t is immaterial that [the plaintiff] frames his federal complaint as a constitutional challenge to the state court['s] decision[], rather than as a direct appeal of [that decision]").

**AFFIRMED.**